## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                    Case No.: 3:15-CR-00136-WMC

ANTHONY T. JOHNSON,

Defendant.

## REQUEST FOR EXCULPATORY EVIDENCE

Pursuant to the provisions of the Fifth and Sixth Amendments to the United States Constitution, ANTHONY T. JOHNSON, defendant above named, by his attorneys, MAYS LAW OFFICE, LLC., requests that the Government disclose to defendant any and all evidence in the possession, custody or control of the Government, which is known, or by the exercise of due diligence may become known, to the Government, which tends to exculpate the defendant of the commission of the offense with which defendant is charged, or which tends to minimize defendant's complicity in the commission of that offense, or which would be material to mitigate any punishment which might be imposed upon defendant, or which could weaken or affect the admissibility of any evidence proposed to be introduced against the defendant, including, but not limited to, the following:

1.     The identity and address of any informant or other person who is a participant in or witness to any events, circumstances or statements relevant or material to the alleged offense, or whose identity or the contents of whose communication is material

or would be helpful to the defense, or whose identity or contents of whose communication would impeach in any way the credibility of any witness whom the Government intends to call at the trial.

2.      Any promises, rewards or inducements, of any kind, which have been made to, or promised to, any witness whom the government intends to call at the trial of this action, by the Government, its agents and employees, or by the State of Wisconsin or local governmental unit and its agents and employees while acting in concert or cooperation with the Government, and to disclose the nature of any such promises, rewards or inducements, including, but not limited to:

A.      Any plea bargain or agreement entered into with said witness, whether or not by its terms it requires the witness to testify in this action.

B.      Any agreement, whether explicit or implicit, not to bring a criminal charge or charges against the witness or any other person.

C.      Whether, in fact, the witness has not been charged with a criminal offense or offenses for which he/she could have been charged.

D.      Any agreement or offer to provide protection, of any type, to said witness.

E.      Whether said witness has been given or permitted to retain anything of value.

F.      Whether any employee or agent of the Government, or the State of Wisconsin or local governmental unit acting in concert with the Government, has indicated, in any manner, to said witness that the witness' cooperation with the Government, its employees or agents, or the employees or agents of any State or

local governmental unit acting in concert therewith, will benefit said witness or that not cooperating will harm said witness in any way.

      G.     Whether said witness has indicated to any employee or agent of the Government, or of the State of Wisconsin or local governmental unit acting in concert therewith, that said witness expects favorable or lenient treatment by the Government or any State or local governmental unit as a result of his/her cooperation therewith, or as a result of his/her testimony in this action, whether or not such lenient or favorable treatment has been expressly promised to said witness.

      3.     Any evidence or information tending to indicate that any inculpatory statements, oral or written, obtained from the defendant were obtained in violation of the defendant's rights under the Constitution or laws of the United States of America, or that any other evidence intended to be employed by the Government at trial, for any purpose, was obtained in violation of any right of the defendant, constitutional or statutory.

      Dated at Middleton, Wisconsin, this 4th day of December, 2015.

Respectfully submitted,
ANTHONY T. JOHNSON, Defendant

MAYS LAW OFFICE, LLC.
Attorneys for the Defendant
6405 Century Ave., Suite 103
Middleton, Wisconsin 53562
(608) 257-0440

BY: _____
STEPHEN E. MAYS
1025716