IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        Case No.: 3:15-CR-00136-WMC

ANTHONY T. JOHNSON,

        Defendant.

## MOTION TO DISCLOSE USE OF "PEN REGISTER", "TRAP AND TRACE," OR SIMILAR DEVICE

      ANTHONY T. JOHNSON, above named defendant, by his attorneys, MAYS LAW OFFICE, LLC., pursuant to Rule 12, FED.R.CRIM.P., and, upon all of the files, records and proceedings heretofore had herein, respectfully moves this Court for the entry of an Order requiring the government to disclose to the defendant whether or not law enforcement agents, with or without Court authorization, employed a "pen register," "trap and trace," or similar device to monitor telephone calls made by the defendant, and the results of the use of any such device, upon the following grounds:

      1.     Disclosure is necessary for the defendant to determine whether grounds exist for a motion to suppress pertaining to use of a "pen register," "trap and trace," or similar device to monitor telephone calls.

      2.     Disclosure is necessary to avoid surprise at trial.

Dated at Middleton, Wisconsin, this 4th day of December, 2015.

Respectfully submitted,
ANTHONY T. JOHNSON, Defendant

MAYS LAW OFFICE, LLC.
Attorneys for the Defendant
6405 Century Ave., Suite 103
Middleton, Wisconsin 53562
(608) 257-0440

BY: _____
STEPHEN E. MAYS
1025716