IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          Case No.:  15-cr-00136-wmc

ANTHONY T. JOHNSON,

        Defendant.

---

## FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1.      On November 5, 2015, a federal grand jury sitting in Madison, Wisconsin returned an indictment against defendant Anthony T. Johnson.  Count one charged that on or about March 4, 2015, the defendant knowingly accessed with the intent to view matters containing visual depictions that had been transported using a means or facility of interstate commerce, and that had been transported in and affecting interstate commerce, and the production of such visual depictions, involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2). Count two charged that on or about September 2, 2015, the defendant knowingly possessed a Dell laptop computer, serial number GTRNV91,

containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically the Dell laptop computer, serial number GTRNV91, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, the depictions are of such conduct, and at least one of the dpictions involved a prepubescent minor or a minor who had not attained 12 years of age in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

The indictment also contained a forfeiture allegation for the forfeiture of:

    a.  any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

    b.  any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as a Dell laptop, serial number: GTRNV91 and a Coolermaster generic desktop computer, serial number: RC942KKN11103601097.

2.      On March 24, 2016, the defendant pleaded guilty to Count two of the indictment.  In the plea agreement, the defendant agreed to the forfeiture of items seized by the FBI on September 2, 2015.

3.      On March 25, 2016, the Court entered a Preliminary Order of Forfeiture.

4.      Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from April 8, 2016 to May 7, 2016.

5.     No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1.     The following items are forfeited to the United States:

   a.   any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

   b.   any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as a Hitachi 80GB hard drive, serial number: MPB4PAX6K59PM inside a Dell laptop, serial number: GTRNV91 and a Hitachi 1TB hard drive, serial number: HQ3JPKNH inside a Coolermaster generic desktop computer, serial number: RC942KKN11103601097.

2.     The above items are to be disposed of according to law.

ORDERED this 13th day of June 2016.

WILLIAM M. CONLEY
United States District Judge

3