IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
               Plaintiff,

v.

ANTHONY T. JOHNSON,

               Defendant.

ORDER FOR RESTITUTION

15-cr-136-wmc

---

On June 7, 2016, defendant was sentenced to term of imprisonment of 1 year and 1 day in case number 15-CR-136. At the time of the sentencing hearing, restitution was unable to be determined. Subsequently, the parties stipulated to $600.00 in restitution for the victim of the "Vicky" series, to which the victim objected through her attorney. (Dkt. #48.) A telephonic hearing was held today, the government was represented by Assistant United States Attorney Elizabeth Altman, defendant was represented by Attorney Stephen Mays and the victim was represented by Attorney Carol Hepburn.

As to count two of the indictment, IT IS ORDERED that the defendant pay restitution in the amount of $600.00 to the U.S. Clerk of Court for the Western District of Wisconsin to be disbursed to the victim as follows:

    Carol L. Hepburn in trust for Vicky
    200 1st Ave W., Suite 550
    Seattle, WA 98119-4203

The defendant does not have the economic resources to allow him to make full payment of restitution in the foreseeable future under any reasonable schedule of

1

payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), he is to begin making nominal payments of a minimum of $50 each month, beginning within 30 days of his release from custody.

The defendant shall notify the court and the United States Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgment remains as entered on June 7, 2016.

Entered this 10th day of August, 2016.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge